# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
Petitioner,
vs.
THE NEVADA BOARD OF PAROLE
COMMISSIONERS,
Respondent.

No. 72019

**FILED**

FEB 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition challenges respondent's April 2014 decision denying petitioner parole. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Gene Anthony Allen
       Attorney General/Carson City

17-05674